
# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>          Plaintiff,<br><br>   v.<br><br>STATE PRISON WARDEN<br>A. SCRIBNER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-cv-01650-LJO-SMS PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, PURSUANT TO 28 U.S.C. § 1915(G)<br><br>(Doc. 3) |

      Plaintiff Tony Blackman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 29, 2008, Plaintiff filed a complaint and a motion for leave to proceed in forma pauperis. On November 3, 2008, the Court found Plaintiff ineligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the $350.00 filing fee in full within fifteen days.[1] More than fifteen days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.

      Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED, without prejudice.

IT IS SO ORDERED.

**Dated:   December 11, 2008**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff is subject to section 1915(g) and his complaint does not meet the imminent danger exception. (Doc. 3.)